# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BASHIR ALI, | : Civil No. 1:25-CV-00673 |
| Plaintiff, | : |
| v. | : |
| UNIVERSITY OF PITTSBURG MEDICAL CENTER, *et al.*, | : |
| Defendants. | : Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 15th day of December, 2025, in accordance with the accompanying memorandum, **IT IS ORDERED THAT** the consent motion approving settlement and dismissing this action, Doc. 36, is **GRANTED**. **IT IS FURTHER ORDERED THAT** this action is **DISMISSED WITH PREJUDICE**; however, upon good cause shown, the parties may move to reinstate the action within sixty (60) days if the settlement is not consummated. The court retains jurisdiction of this time for the limited purpose of enforcing the settlement agreement. The Clerk of Court shall close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania